**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| CHARLES W. WALSH, III, LAURA BLAU AND PHILADELPHIA COMMUNITY DEVELOPMENT COALITION | : No. 197 EAL 2020 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| TERESA F. ISABELLA AND 325 S. 18TH STREET, LLC | : |
| | : |
| | : |
| PETITION OF: 325 S. 18TH STREET, LLC | : |

## ORDER

**PER CURIAM**

      **AND NOW**, this 2nd day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.